# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **CARTER CAPEHART,** <br><br> Defendant. | PO-17-5055-JTJ <br><br> VIOLATION: 6027018 <br><br> Location Code: M13 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a $30 processing fee for VN 6027018 and $1555 in restitution for a total amount of $1585. Defendant will pay $300 per month beginning December 1, 2017, with the balance paid in full on or before June 1, 2018.

Defendant shall make one $30 (processing fee) payment to the following address:

> CENTRAL VIOLATIONS BUREAU
> P.O. Box 71363
> Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

Defendant shall make restitution payment(s) to the following address:

> Clerk of Court
> United States District Court
> Missouri River Courthouse
> 125 Central Avenue West, Suite 110
> Great Falls, MT 59404

The check(s) should be made out to the Clerk, U.S. District Court.

IT IS FURTHER ORDERED that the initial appearance, currently scheduled for August 11, 2017, is VACATED.

DATED this 9th day of August 2017.

_____
John Johnston
United States Magistrate Judge